# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

SHREYA KAPOOR, et al.,

               Plaintiffs,

      v.

ANTONY BLINKEN,

               Defendant.

Case No.  21-cv-01961-BLF

**ORDER DENYING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

[Re:  ECF 34]

United States District Court
Northern District of California

      Attorney Jana Al-Akhras has filed an Application for Admission of Attorney Pro Hac Vice.  *See* Applic., ECF 34.  Ms. Al-Akhras provides an address in Rancho Santa Margarita, California, as her address of record.  This Court's Civil Local Rules provide that, "Unless authorized by an Act of Congress or by an order of the assigned Judge, an applicant is not eligible for permission to practice pro hac vice if the applicant:  (1) Resides in the State of California; or (2) Is regularly engaged in the practice of law in the State of California."  Civil L.R. 11-3(b).  This disqualification is not applicable under certain circumstances.  *See id.*  However, nothing on the face of the application indicates that those circumstances exist here.  Accordingly, Ms. Al-Akhras's application for admission pro hac vice is DENIED.

      The denial of Ms. Al-Akhras's application is without prejudice to renewal if Ms. Al-Akhras can demonstrate that she is not disqualified from permission to practice pro hac vice under this Court's Civil Local Rules.

      **IT IS SO ORDERED.**

Dated:  October 25, 2021

_____
BETH LABSON FREEMAN
United States District Judge