UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHREYA KAPOOR, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ANTONY BLINKEN,<br><br>　　　　Defendant. | Case No.  21-cv-01961-BLF<br><br>**JUDGMENT** |

Defendant's motion for summary judgment having been granted,

It is hereby ordered and adjudged that Plaintiffs take nothing by this action and that

Judgment is entered for Defendant Antony Blinken and against Plaintiffs Shreya Kapoor, Yash Pal Garg, and Reva Garg.

Dated:  January 20, 2022

　　　　　　　　　　　　　　　　　　　　　／s／ Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge